820

H. A. BARDEEN, Appellant, v. COMMANDER OIL CO., Limited, et al., Appellees.

No. 10994.

Circuit Court of Appeals, Ninth Circuit.

March 12, 1945.

Oliver O. Clark and Robert A. Smith, both of Los Angeles, Cal., for appellant.

G. R. Dexter, of Beverly Hills, Cal., for appellee William Prentiss, Jr.

Don S. Irwin, of Los Angeles, Cal., for appellee Commander Oil Co.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellees to dismiss appeal herein, presented by Mr. Don S. Irwin, counsel for appellees, in support of said motion, by Mr. Oliver O. Clark, counsel for appellant, having been heard, and consenting to said motion to dismiss, ordered motion granted, that a decree be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

Harold Worden BEELER, Appellant, v. UNITED STATES of America, Appellee.

No. 10838.

Circuit Court of Appeals, Ninth Circuit.

March 19, 1945.

Morris Lavine, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., of Los Angeles, Cal., for appellee.

Before DENMAN, STEPHENS, and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties and by direction of the court, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

Chester BOWLES, as Administrator of Office of Price Administration, Appellant, v. NORTHWEST POULTRY & DAIRY PRODUCTS COMPANY, Appellee.

No. 11004.

Circuit Court of Appeals, Ninth Circuit.

March 16, 1945.

F. E. Wagner, Dist. Enforcement Atty., OPA, of Portland, Ore., for appellant.

No other appearances.

Before WILBUR, GARRECHT, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the application of Mr. F. E. Wagner, District Enforcement Attorney, Office of Price Administration, counsel for appellant, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a decree be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.